

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-15-1999

# United States v Yeaman

Precedential or Non-Precedential:

Docket 98-1102

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"United States v Yeaman" (1999). *1999 Decisions.* Paper 285.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/285

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

                    UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT


                       Nos. 98-1102 & 98-1146

                         USA v. Yeaman


        The following modifications have been made to the Court's
   Opinion issued on 15 October 1999 , to the above-entitled appeals
   and will appear as part of the final version of the opinion:


        1.  Page 13   The sentence in the middle of the page
   reading, "The District Court instead charged as follows:" should
   be flush with the left-hand margin.  It is not a part of the
   preceding quote.

        2.  Page 35   First full paragraph, line 6:  "or" should be
   "nor".




                         Very truly yours,


                         /s/ P. Douglas Sisk,
                             Clerk


   Dated: 19 October 1999